UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SPHERE 3D CORP., <br> a Canada corporation, <br>     *Plaintiff*, <br> v. <br> GRYPHON DIGITAL MINING, INC., <br> a Delaware corporation, <br>     *Defendant*. | Case No. _____ <br><br> **Jury Trial Demanded** |

# PLAINTIFF SPHERE 3D CORP.'S
# RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Sphere 3d Corp., by and through its undersigned counsel, discloses the following: Sphere 3d Corp. is a publicly traded company, has no parent corporation, and no publicly traded company owns 10% or more of its stock.

Sphere 3d Corp. is a citizen of Ontario, Canada and Gryphon Digital Mining, Inc. is a citizen of Delaware and Nevada.

**Dated: April 7, 2023**

                                              Respectfully submitted,

                                              **DONTZIN NAGY & FLEISSIG LLP**

                                              _____

                                              Tibor L. Nagy, Jr.
                                              Gregory N. Wolfe
                                              Maxine Peskens
                                              980 Madison Avenue
                                              New York, NY 10075
                                              Tel: 212-717-2900
                                              tibor@dnfllp.com
                                              greg@dnfllp.com
                                              mpeskens@dnfllp.com

                                              *Counsel for Sphere 3d. Corp.*