# Exhibit A

## Maxine Peskens

| | |
|---|---|
| **From:** | Moore, Desiree F. <Desiree.Moore@klgates.com> |
| **Sent:** | Thursday, April 6, 2023 5:28 PM |
| **To:** | Greg Wolfe; Tibor Nagy |
| **Cc:** | Hinkes, Andrew M.; Koosed, Brian D. |
| **Subject:** | Gryphon v Sphere - SDNY Complaint |
| **Attachments:** | Gryphon v Sphere - SDNY Complaint.pdf |
| **Importance:** | High |

Counsel,

Kindly see the attached complaint, which sets forth Sphere's various breaches of the MSA between it and Gryphon, as well as the negligent conduct of Sphere in the course of a data security incident that caused Gryphon to incur significant damages. Gryphon intends to file the complaint in the District Court for the Southern District of New York by **5:00pm ET Friday, April 7, 2023**, unless Sphere can agree in writing prior to that time that it will: cease any and all conduct in breach of the MSA as articulated in the complaint (and other breaches that Gryphon may not be privy to or aware of) and restore the parties' relationship to the status quo (i.e., the position the parties were in prior to Sphere engaging in dealings with third party providers other than Gryphon, in contravention of the exclusivity provision of the MSA); reimburse Gryphon in an amount of twenty-six (26) bitcoin (or $560,225.53, the market value of the BTC at the time of the transfer), to make Gryphon whole as a result of Sphere's negligence and other wrongful conduct in the wake of a data security incident in Sphere's systems; and all attorneys' fees incurred by Gryphon to date in addressing the above-mentioned wrongful conduct by Sphere, such fees to be detailed in due course. We look forward to your prompt response. Please do not hesitate to contact me directly if you have any questions.

Best regards,

Desirée



**Desirée Moore**
Partner
K&L Gates LLP
desiree.moore@klgates.com

70 W. Madison St.
Suite 3100
Chicago, IL 60602
Phone: +1 312 781 6028

www.klgates.com



1

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only. If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact me at Desiree.Moore@klgates.com.