UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- X
SPHERE 3D CORP.,

    *Plaintiff and Counter-Defendant*,

    v.

GRYPHON DIGITAL MINING, INC.,

    *Defendant and Counter-Plaintiff*,

------------------------------------------------------- X

Case No. 1:23-cv-02954

The Hon. Judge P. Kevin Castel

Magistrate Judge Valerie Figueredo

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant-Counterclaim Plaintiff Gryphon Digital Mining, Inc. ("Gryphon"), by its attorneys, K&L Gates LLP, hereby discloses and certifies as follows:

Gryphon has no parent corporation and there are no publicly held corporations that own 10% or more of its stock.

Gryphon acknowledges that it is obligated to promptly file a supplemental statement upon any change in the information that this statement requires.

Dated: August 18, 2023

**K&L GATES LLP**

By: */s/ Brian D. Koosed*

Brian D. Koosed
1601 K Street, NW
Washington, D.C. 20006
Telephone: (202) 778-9204
E-mail: brian.koosed@klgates.com

Desirée F. Moore (*pro hac vice* forthcoming)
Matthew A. Alvis (*pro hac vice* forthcoming)

**K&L GATES LLP**
70 West Madison Street
Suite 3300
Chicago, Illinois 60602
Telephone: (312) 372-1121
E-mail:  desiree.moore@klgates.com
             matthew.alvis@klgates.com

*Counsel for Defendant and Counterclaim-Plaintiff Gryphon Digital Mining, Inc.*