UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

SPHERE 3D CORP.

Plaintiff(s)

- v -

GRYPHON DIGITAL MINING, INC.

Defendant(s)
_____

**RULE 7.1 STATEMENT**

1:23-cv-02954
Case Number

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for

Defendant-Counterclaim Plaintiff/Third-Party Plaintiff Gryphon Digital Mining, Inc. ("Gryphon")

(a private non-governmental party or intervenor) certifies the following:

**Part I**

Complete this portion in all cases.

Identify any corporate affiliates, subsidiaries, and/or parent corporation and any publicly held corporation owning 10% or more of the stock of any non-governmental corporate party or intervenor. If there are no such corporations, the form shall so state.

Gryphon has no parent corporation and there are no publicly held corporations that own 10% or more of its stock.

1

**Part II**

Complete this portion only if jurisdiction is based on diversity of citizenship under 28 U.S.C. § 1332(a).

Name and identify the citizenship of every individual or entity whose citizenship is attributed to that party or intervenor for purposes of establishing jurisdiction based upon diversity of citizenship (note: the citizenship of an L.L.C. is the citizenship of each of its members).

N/A. Gryphon is a corporation that has no parents or affiliates or other entities or individuals for whom citizenship could be attributed to Gryphon for diversity purposes.

8/22/23
Date

/s/ Brian D. Koosed
Signature of Attorney

BK 5067
Attorney Bar Code

Note – This form is required to be filed when the action is filed in, or removed to, federal court, and when any later event occurs that could affect the court's jurisdiction under 28 U.S.C. § 1332(a).

Form Rule7_1.pdf SDNY Web 12/2022