# Exhibit F

| | |
|---|---|
| **From:** | Hinkes, Andrew M. |
| **To:** | Patricia Trompeter; Rob Chang |
| **Cc:** | Dan Tolhurst; Kurt Kalbfleisch; Panjwani, M. Ali; Joe W; Moore, Desiree F.; Greg Wolfe; Tibor Nagy; Joseph O"Daniel |
| **Subject:** | RE: Stolen Bitcoin |
| **Date:** | Friday, March 10, 2023 1:34:21 PM |
| **Attachments:** | image004.png<br>image005.jpg |

Sphere3d Team ,

Thanks for joining us on the call today.  By way of follow up, and to clarify any potential misunderstanding, we would like to have a call where the experts for Gryphon and Sphere3d discuss their findings as to their investigations of the business email compromise dated on January 27 2023 (which Sphere3d confirmed was done on Feb 10, 2023 and March 3, 2023, see below), consistent with Gryphon's request on 3/3 that was agreed to by Sphere3d on 3/3 as well. See the below email chain. As it concerns Sphere3d as Gryphon's customer, we understand that Sphere3d has been made whole, notwithstanding the business email compromise. Please let me know if you have any questions in this regard.

Thank you,

-Drew



**Andrew M. Hinkes**
K&L Gates LLP
200 South Biscayne Blvd. Suite 3900
Miami, Fl 33131-2399
Phone: 305-539-3354
Fax: 305-358-7095
Andrew.Hinkes@klgates.com
www.klgates.com

**From:** Patricia Trompeter <Patricia.Trompeter@sphere3d.com>
**Sent:** Monday, March 6, 2023 3:36 PM
**To:** Rob Chang <rob@gryphonmining.com>
**Cc:** Dan Tolhurst <dan@gryphonmining.com>; Kurt Kalbfleisch <Kurt.Kalbfleisch@sphere3d.com>; Panjwani, M. Ali <Ali.Panjwani@pryorcashman.com>; Joe W <joseph.michael.wall@gmail.com>; Hinkes, Andrew M. <Drew.Hinkes@klgates.com>; Moore, Desiree F. <Desiree.Moore@klgates.com>; Greg Wolfe <greg@dnfllp.com>; Tibor Nagy <tibor@dnfllp.com>; Joseph O'Daniel <joe@ucx.co>
**Subject:** Re: Stolen Bitcoin


**External Sender:**

Friday 1pm

*Patricia Trompeter*
Chief Executive Officer

203.524-6524



---

**From:** Rob Chang <rob@gryphonmining.com>
**Date:** Monday, March 6, 2023 at 2:48 PM
**To:** Patricia Trompeter <Patricia.Trompeter@sphere3d.com>
**Cc:** Dan Tolhurst <dan@gryphonmining.com>, Kurt Kalbfleisch <Kurt.Kalbfleisch@sphere3d.com>, Panjwani, M. Ali <Ali.Panjwani@pryorcashman.com>, Joe W <joseph.michael.wall@gmail.com>, Hinkes, Andrew M. <Drew.Hinkes@klgates.com>, Moore, Desiree F. <Desiree.Moore@klgates.com>, Greg Wolfe <greg@dnfllp.com>, Tibor Nagy <tibor@dnfllp.com>, Joseph O'Daniel <joe@ucx.co>
**Subject:** Re: Stolen Bitcoin

Wednesday is no good. Thursday or Friday would need to check with the team again.

Rob Chang
CEO & Director
(416) 500-5675
Rob@GryphonMining.com
GryphonDigitalMining.com
Twitter: @GryphonMining

Image removed by sender.

> On Mar 6, 2023, at 2:47 PM, Patricia Trompeter <Patricia.Trompeter@sphere3d.com> wrote:
>
> Can we do Wednesday?  I am unable to get all the parties necessary on the phone.   Let me know if availability on Wednesday – say noon EST?
>
> *Patricia Trompeter*
> Chief Executive Officer
> 203.524-6524
>
> <image001.png>

**From:** Rob Chang <rob@gryphonmining.com>
**Date:** Monday, March 6, 2023 at 2:43 PM
**To:** Patricia Trompeter <Patricia.Trompeter@sphere3d.com>
**Cc:** Dan Tolhurst <dan@gryphonmining.com>, Kurt Kalbfleisch <Kurt.Kalbfleisch@sphere3d.com>, Panjwani, M. Ali <Ali.Panjwani@pryorcashman.com>, Joe W <joseph.michael.wall@gmail.com>, Hinkes, Andrew M. <Drew.Hinkes@klgates.com>, Moore, Desiree F. <Desiree.Moore@klgates.com>, Greg Wolfe <greg@dnfllp.com>, Tibor Nagy <tibor@dnfllp.com>
**Subject:** Re: Stolen Bitcoin

Patti. Our forensics team is available 1:30-5 pm eastern tomorrow. Does that work for your group?

Rob Chang
CEO & Director
(416) 500-5675
Rob@GryphonMining.com
GryphonDigitalMining.com
Twitter: @GryphonMining

Image removed by sender. 

> On Mar 3, 2023, at 4:37 PM, Patricia Trompeter <Patricia.Trompeter@sphere3d.com> wrote:
>
> Yes.  Let's get something f on the calendar.  We have a forensic review as well.  Please let me know what works and if we should have counsel on the phone.
>
> Get Outlook for iOS
>
> ---
>
> **From:** Rob Chang <rob@gryphonmining.com>
> **Sent:** Friday, March 3, 2023 1:22:00 PM
> **To:** Patricia Trompeter <Patricia.Trompeter@sphere3d.com>
> **Cc:** Dan Tolhurst <dan@gryphonmining.com>; Kurt Kalbfleisch <Kurt.Kalbfleisch@sphere3d.com>; Panjwani, M. Ali <Ali.Panjwani@pryorcashman.com>; Joe W

<joseph.michael.wall@gmail.com>; Hinkes, Andrew M. <Drew.Hinkes@klgates.com>; Moore, Desiree F. <Desiree.Moore@klgates.com>
**Subject:** Re: Stolen Bitcoin

Patti/Kurt

We have completed our forensic research and believe it is the right time for our forensic investigators to discuss their findings. Could we please arrange a time for them to connect?

On Fri, 10 Feb 2023 at 10:28, Patricia Trompeter <Patricia.Trompeter@sphere3d.com> wrote:

> Rob –
>
> We have concluded one part of our investigation. We have a 14 page report tracing the bitcoin It appears some of the funds are still sitting in the wallet. The security team running the investigation has suggested that Binance is notified immediately, however they will require a police report for recovery. We are happy you share thee report with you as a courtesy.
>
> Please let us know when our bitcoin will be back in the "3Dsphere GDM" wallet.

> Thank you
>
> Patti
>
> *Patricia Trompeter*
>
> Chief Executive Officer
>
> 203.524-6524
>
> <image001.png>

--
Rob Chang
CEO & Director
(416) 500-5675
Rob@gryphonmining.com
GryphonDigitalMining.com
Twitter: @GryphonMining

Image removed by sender.
