**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------- X

SPHERE 3D CORP.,

  *Plaintiff and Counter-Defendant,*

    v.

GRYPHON DIGITAL MINING, INC.,

  *Defendant and Counter-Plaintiff,*

-------------------------------------------------------- X

:
:
:
:
:
:
:
:
:
:
:
:
:
:

Case No. 1:23-cv-02954

The Hon. Judge P. Kevin Castel

Magistrate Judge Valerie Figueredo

**NOTICE OF PARTIAL**
**MOTION TO DISMISS**

  **PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law in Support of Defendant-Counterclaim Plaintiff's Motion to Dismiss the Amended Complaint, and all other papers and proceedings herein, Defendant-Counterclaim Plaintiff Gryphon Digital Mining, Inc. ("Gryphon") will move this Court, before the Honorable P. Kevin Castel, United States District Court Judge for the Southern District of New York, located at 500 Pearl Street, New York, New York 10007, on a date and time to be set by the Court, for an Order:  (1) dismissing Counts II and III of Plaintiff-Counterclaim Defendant Sphere 3D Corp.'s Amended Complaint, with prejudice, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure; (2) dismissing any claim purportedly based on the allegation that, among other things, Gryphon "has been skimming off the top" or "stealing" the assets or money of Sphere, with prejudice, pursuant to Rule 9(b) of the Federal Rules of Civil Procedure or, alternatively, striking such allegations pursuant to Rule 12(f) of the Federal Rules of Civil Procedure; (3) awarding Gryphon its reasonable attorneys' fees associated with this motion and the pre-letter motion briefing that preceded it, pursuant to the prevailing party provision of the MSA (Am. Compl., Ex. 1, p. 3); and (4) granting Gryphon such other and further relief as the Court deems just and proper.

316363132.1

**PLEASE TAKE FURTHER NOTICE** that, pursuant to this Court's Order and Briefing

Schedule, dated August 11, 2023 (ECF No. 23), Plaintiff-Counterclaim Defendant Sphere 3D

Corp.'s response in opposition is due by September 8, 2023, and Gryphon's reply brief is due by

September 18, 2023.


Dated:  August 18, 2023                              **K&L GATES LLP**

                                    By:      /s/ Brian D. Koosed

                                             Brian D. Koosed
                                             1601 K Street, NW
                                             Washington, D.C.  20006
                                             Telephone: (202) 778-9204
                                             E-mail:  brian.koosed@klgates.com

                                             Desirée F. Moore (*pro hac vice* forthcoming)
                                             Matthew A. Alvis (*pro hac vice* forthcoming)
                                             **K&L GATES LLP**
                                             70 West Madison Street
                                             Suite 3300
                                             Chicago, Illinois 60602
                                             Telephone: (312) 372-1121
                                             E-mail:  desiree.moore@klgates.com
                                                      matthew.alvis@klgates.com

                                             *Counsel for Defendant and Counterclaim-Plaintiff*
                                             *Gryphon Digital Mining, Inc.*


Motion (ECF 24) denied without prejudice to renewal against the Second Amended
Complaint on the schedule set forth in the Order of October 27, 2023.
SO ORDERED.
Dated:  10/29/2023

P. Kevin Castel
United States District Judge