UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SPHERE 3D CORP., <br><br> Plaintiff, <br><br> v. <br><br> GRYPHON DIGITAL MINING, INC. <br><br> Defendant. | 1:23-cv-02954-PKC <br><br> **STIPULATION AND PROPOSED ORDER** |

IT IS HEREBY STIPULATED AND AGREED that, with the Court's permission pursuant to Local Civil Rule 1.4, Dennis H. Tracey, III and Allegra M. Bianchini, of the law firm of Hogan Lovells US LLP, be and hereby are substituted in place of Brian D. Koosed, Desirée F. Moore and Matthew A. Alvis, of the law firm of K&L Gates LLP, who hereby withdraw as counsel for the defendant in the above-captioned action.

Dated: November 3, 2023

/s/ Dennis H. Tracey, III
Dennis H. Tracey, III
Allegra M. Bianchini
HOGAN LOVELLS US LLP
390 Madison Avenue
New York, NY 10017
T +1 212 918 3000
dennis.tracey@hoganlovells.com
allegra.bianchini@hoganlovells.com

*Incoming Attorneys for Defendant Gryphon Digital Mining, Inc.*

Brian D. Koosed
K&L GATES LLP
1601 K Street, NW
Washington, D.C. 20006
T +1 202 778 9204
brian.koosed@klgates.com

Desirée F. Moore (pro hac vice forthcoming)
Matthew A. Alvis (pro hac vice forthcoming)
K&L GATES LLP
70 West Madison Street
Suite 3300
Chicago, Illinois 60602
T +1 312 372 1121
desiree.moore@klgates.com
matthew.alvis@klgates.com

_/s/ Rob Chang_
Rob Chang
Gryphon Digital Mining, Inc
GryphonDigitalMining.com

_/s/ Gregory N. Wolfe_
Gregory N. Wolfe
Maxine Peskens
DONTZIN NAGY & FLEISSIG LLP
980 Madison Avenue
New York, NY 10075
T +1 212 717 2900
greg@dnfllp.com

*Attorneys for Plaintiff Sphere 3D Corp.
and Third-Party Defendant
Patricia Trompeter*

Dated: November __, 2023

_____
Hon. P. Kevin Castel, U.S.D.J