

Hogan Lovells US LLP
390 Madison Avenue
New York, NY 10017
T +1 212 918 3000
F +1 212 918 3100
www.hoganlovells.com

November 3, 2023

Via ECF

Hon. P. Kevin Castel
U.S. District Court, Southern District of New York
500 Pearl St.
New York, NY 10007

Application GRANTED.
SO ORDERED.
Dated: 11/7/2023

P. Kevin Castel
United States District Judge

Re: *Sphere 3D Corp. v. Gryphon Digital Mining, Inc.*, 1:23-cv-02954-PKC

Dear Judge Castel:

Pursuant to Local Rule 1.4, Defendant Gryphon Digital Mining, Inc. ("Gryphon") respectfully requests substitution of counsel in the above-captioned action. Gryphon has elected to substitute the law firm of Hogan Lovells US LLP as its attorneys in this action in place of K&L Gates LLP, its present attorneys. All undersigned counsel consent to this substitution. The case is currently at the pleadings stage. There are no conferences scheduled before the Court.

By its signature below, K&L Gates LLP acknowledges that it is not asserting any retaining or charging lien in respect of its representation of Gryphon in this action. This application will be served by ECF Notice on all other parties.

Pursuant to Local Rule 1.4, we respectfully request entry of the enclosed stipulated proposed order substituting counsel.

Respectfully submitted,

Dennis H. Tracey, III
Allegra M. Bianchini
HOGAN LOVELLS US LLP
390 Madison Avenue
New York, NY 10017
T +1 212 918 3000
dennis.tracey@hoganlovells.com
allegra.bianchini@hoganlovells.com

*Incoming Attorneys for Defendant Gryphon Digital Mining, Inc.*

Brian D. Koosed
K&L GATES LLP
1601 K Street, NW
Washington, D.C. 20006
T +1 202 778 9204
brian.koosed@klgates.com

Desirée F. Moore
Matthew A. Alvis
K&L GATES LLP
70 West Madison Street
Suite 3300
Chicago, Illinois 60602
T +1 312 372 1121
desiree.moore@klgates.com
matthew.alvis@klgates.com

Hon. P. Kevin Castel - 2 - November 3, 2023

*Gregory N. Wolfe*
Gregory N. Wolfe
Maxine Peskens
DONTZIN NAGY & FLEISSIG LLP
980 Madison Avenue
New York, NY 10075
T +1 212 717 2900
greg@dnfllp.com

*Attorneys for Plaintiff Sphere 3D Corp.
and Third-Party Defendant
Patricia Trompeter*

Enclosure

cc: All Counsel of Record (via ECF)