UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SPHERE 3D CORP., <br><br> Plaintiff, <br><br> v. <br><br> GRYPHON DIGITAL MINING, INC. <br><br> Defendant. | 23-cv-2954 (PKC) |

**PROPOSED STIPULATION AND ORDER OF VOLUNTARY DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the respective parties, that Counterclaim-Plaintiff's Count IV (for Defamation against Counterclaim-Defendant Sphere 3D Corp. and Third-Party Defendant Patricia Trompeter), and Counterclaim-Defendant's Count IV (for violation of New York's Anti-SLAPP Statute against Counterclaim-Plaintiff), are voluntarily dismissed without prejudice.

IT IS FURTHER STIPULATED AND AGREED that, as to the claims that are the subject of this stipulation, each party shall bear its own costs and fees incurred.

Dated: November 6, 2023

                                     /s/ Dennis H. Tracey, III
                                     Dennis H. Tracey
                                     Allegra M. Bianchini
                                     HOGAN LOVELLS US LLP
                                     390 Madison Avenue
                                     New York, NY 10017
                                     T  +1 212 918 3000
                                     F  +1 212 918 3100
                                     dennis.tracey@hoganlovells.com
                                     allegra.bianchini@hoganlovells.com

                                     *Attorneys for Gryphon Digital Mining, Inc.*

                                     /s/ Gregory N. Wolfe
                                     Tibor L. Nagy, Jr.
                                     Gregory N. Wolfe
                                     DONTZIN NAGY & FLEISSIG LLP
                                     980 Madison Avenue
                                     New York, NY 10075
                                     T  +1 212 717 2900
                                     tibor@dnfllp.com
                                     greg@dnfllp.com

                                     *Attorneys for Sphere 3D Corp.*
                                     *and Patricia Trompeter*

Dated: November ___, 2023

                                     _____
                                     Hon. P. Kevin Castel, U.S.D.J