UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SPHERE 3D CORP., <br><br> Plaintiff, <br><br> v. <br><br> GRYPHON DIGITAL MINING, INC. <br><br> Defendant. | 23-cv-2954 (PKC) |

**[PROPOSED] STIPULATION AND ORDER OF VOLUNTARY DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the respective parties, that Counterclaim-Plaintiff's Count IV (for Defamation against Counterclaim-Defendant Sphere 3D Corp. and Third-Party Defendant Patricia Trompeter), and Counterclaim-Defendant's Count IV (for violation of New York's Anti-SLAPP Statute against Counterclaim-Plaintiff), are voluntarily dismissed without prejudice.

IT IS FURTHER STIPULATED AND AGREED that, as to the claims that are the subject of this stipulation, each party shall bear its own costs and fees incurred.

Dated: November 6, 2023

                                              Dennis H. Tracey
                                              Allegra M. Bianchini
                                              HOGAN LOVELLS US LLP
                                              390 Madison Avenue
                                              New York, NY 10017
                                              T +1 212 918 3000
                                              F +1 212 918 3100
                                              dennis.tracey@hoganlovells.com
                                              allegra.bianchini@hoganlovells.com

                                              *Attorneys for Gryphon Digital Mining, Inc.*

                                              Tibor L. Nagy, Jr.
                                              Gregory N. Wolfe
                                              DONTZIN NAGY & FLEISSIG LLP
                                              980 Madison Avenue
                                              New York, NY 10075
                                              T +1 212 717 2900
                                              tibor@dnfllp.com
                                              greg@dnfllp.com

                                              *Attorneys for Sphere 3D Corp.*
                                              *and Patricia Trompeter*

Dated: November 7, 2023

                                              Hon. P. Kevin Castel, U.S.D.J

2