UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SPHERE 3D CORP., <br><br> *Plaintiff-Counterdefendant*, <br><br> v. <br><br> GRYPHON DIGITAL MINING, INC., <br><br> *Defendant-Counterplaintiff*. | Case No. 23-cv-02954 (PKC) <br><br> The Hon. Judge P. Kevin Castel <br><br> **NOTICE OF MOTION TO DISMISS** |

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law in Support of Motion to Dismiss and all other papers and proceedings herein, Plaintiff-Counterdefendant Sphere 3d Corp. ("Sphere") will move this Court, before the Honorable P. Kevin Castel, United States District Court Judge for the Southern District of New York, located at 500 Pearl Street, New York, New York 10007, on a date and time to be set by the Court, for an order (1) dismissing Counts II and III of Defendant-Counterplaintiff Gryphon Digital Mining, Inc.'s ("Gryphon") Amended Counterclaim with prejudice; (2) awarding Sphere its reasonable attorneys' fees associated with this motion under the MSA's prevailing-party provision (*see* Dkt. 36-1 at 3); and (3) granting Sphere such other and further relief as the Court deems just and proper.

Dated:     November 9, 2023
           New York, NY

**DONTZIN NAGY & FLEISSIG LLP**

*/s/ Gregory N. Wolfe*
_____
Tibor L. Nagy, Jr.
Gregory N. Wolfe
Maxine Peskens
Rahul Srinivas (pro hac vice forthcoming)
David Moosmann (pro hac vice forthcoming)
980 Madison Avenue
New York, NY 10075
Tel: 212-717-2900
tibor@dnfllp.com
greg@dnfllp.com
mpeskens@dnfllp.com
rsrinivas@dnfllp.com
dmoosmann@dnfllp.com

*Counsel for Sphere 3D Corp.*