

Hogan Lovells US LLP
390 Madison Avenue
New York, NY 10017
T  +1 212 918 3000
F  +1 212 918 3100
www.hoganlovells.com

November 30, 2023

**Via ECF**

Hon. P. Kevin Castel
U.S. District Court, Southern District of New York
500 Pearl St.
New York, NY 10007

      Re:    <u>*Sphere 3D Corp. v. Gryphon Digital Mining, Inc.*</u>, **1:23-cv-02954-PKC**

Dear Judge Castel:

    We represent Defendant Gryphon Digital Mining, Inc. ("Gryphon") in the above-captioned matter. There are no conferences presently scheduled before the Court.

    We write pursuant to Rule 3(A) of Your Honor's Individual Practices and Rules 12(b)(6) and 9(b) of the Federal Rules of Civil Procedure to respectfully request leave to amend its counterclaims to add a claim for breach of contract. A redline showing the proposed revisions is attached to this letter motion.

Respectfully submitted,

<u>*/s/ Dennis H. Tracey, III*</u>
Dennis H. Tracey, III
Allegra M. Bianchini
HOGAN LOVELLS US LLP
390 Madison Avenue
New York, NY 10017
T  +1 212 918 3000
dennis.tracey@hoganlovells.com
allegra.bianchini@hoganlovells.com

*Attorneys for Defendant*
*Gryphon Digital Mining, Inc.*

Enclosure

Hon. P. Kevin Castel - 2 - November 30, 2023

cc: All Counsel of Record (via ECF)