# Group Exhibit H

# Alvis, Matt A.

| | |
|---|---|
| **From:** | Kurt Kalbfleisch <kurt.kalbfleisch@spheres3d.com> |
| **Sent:** | Monday, January 30, 2023 6:15 PM |
| **To:** | Rob Chang |
| **Cc:** | patricia trompeter |
| **Subject:** | Re: Coin Transfer |

Rob,

Test received.

Please go ahead with the whole amount.

Thanks,
Kurt

**Kurt Kalbfleisch**
**Senior Vice President and CFO**
4542 Ruffner Street Suite 250, San Diego, CA 92111 USA
t 858.495.4211: m 858.775.6801
kurt.kalbfleisch@sphere3d.com

---

---- On Mon, 30 Jan 2023 18:08:00 -0500 **Rob Chang <rob@gryphonmining.com>** wrote ---

Test transaction sent. Please advise if you have received it.
On Fri, 27 Jan 2023 at 15:18, Kurt Kalbfleisch <kurt.kalbfleisch@spheres3d.com> wrote:

--
Rob Chang
CEO & Director
(416) 500-5675
Rob@gryphonmining.com
GryphonDigitalMining.com
Twitter: @GryphonMining



Rob,

Yes. Go ahead please.

Also, If you think it will take too much time, perhaps you could move the BTC to an already whitelisted address controlled by you first, then make the transfer to our address.

Please let me know as soon as you send the test transfer.

1

Thanks,

Kurt

**Kurt Kalbfleisch**

**Senior Vice President and CFO**

4542 Ruffner Street Suite 250, San Diego, CA 92111 USA

t 858.495.4211: m 858.775.6801
kurt.kalbfleisch@sphere3d.com

---

---- On Fri, 27 Jan 2023 15:02:43 -0500 **Rob Chang** <rob@gryphonmining.com> wrote ---

Kurt. I can add that address but this will take time to approve in BitGo and also we should do a test transaction before sending the whole amount. This will definitely delay the entire process. Please confirm that you want this and I will get started as soon as possible.

Rob Chang
CEO & Director
(416) 500-5675
Rob@GryphonMining.com
GryphonDigitalMining.com
Twitter: @GryphonMining



> On Jan 27, 2023, at 2:44 PM, Kurt Kalbfleisch <kurt.kalbfleisch@spheres3d.com> wrote:
>
> Rob,
>
> Well Noted. I have just been notified that the address below is being audited. So kindly proceed with the transfer of 18 BTC from our "Sphere Mined Coins" wallet to the following address: **bc1qmrykeusq73xd7ad6h2y27mw0fu2e9wcqrfrlvr**.
>
> Please let me know on Monday when the transfer has been completed.
>
> Thanks
> Kurt
>
> **Kurt Kalbfleisch**

2

**Senior Vice President and CFO**
4542 Ruffner Street Suite 250, San Diego, CA 92111 USA
t 858.495.4211: m 858.775.6801
kurt.kalbfleisch@sphere3d.com

---

**From:** Rob Chang <rob@gryphonmining.com>
**Sent:** Friday, January 27, 2023 1:32 PM
**To:** Kurt Kalbfleisch <Kurt.Kalbfleisch@spheres3d.com>
**Cc:** Patricia Trompeter <Patricia.Trompeter@sphere3d.com>
**Subject:** Re: Coin Transfer

Received and initiated. Please note. All Sphere withdrawals require a video ID call with BitGo for your security. They do not have any verification windows until early Monday morning. I have already scheduled it but you will not receive the transfer until later in the day Monday.

Rob Chang
CEO & Director
(416) 500-5675
Rob@GryphonMining.com
GryphonDigitalMining.com
Twitter: @GryphonMining



> On Jan 27, 2023, at 1:22 PM, Kurt Kalbfleisch <Kurt.Kalbfleisch@spheres3d.com> wrote:
>
> Rob,
>
> Please transfer 18 BTC from our "Sphere Mined Coins" wallet to the following address: 3LEzBSVIArXGAg3vpWSAJ3VQ9KCu9HCVAW. This is the same address you have used previously.
>
> Please make this transfer today and if you can let me know when complete and I will confirm receipt.
>
> Thanks
> Kurt
>
>
> **Kurt Kalbfleisch**
> **Senior Vice President and CFO**
> 4542 Ruffner Street Suite 250, San Diego, CA 92111 USA
> t 858.495.4211: m 858.775.6801
> kurt.kalbfleisch@sphere3d.com

4

| | |
|---|---|
| From: | Kurt Kalbfleisch <kurt.kalbfleisch@spheres3d.com> |
| Sent: | Wednesday, February 1, 2023 4:28 PM |
| To: | rob |
| Cc: | patriciatrompeter |
| Subject: | Re: Coin Transfer |

Rob,

Could you please provide me with a status update on the below request.

Thanks
Kurt

**Kurt Kalbfleisch**
**Senior Vice President and CFO**
**4542 Ruffner Street Suite 250, San Diego, CA 92111 USA**
**t 858.495.4211: m 858.775.6801**
**kurt.kalbfleisch@sphere3d.com**

---

---- On Wed, 01 Feb 2023 08:46:46 -0500 **Kurt Kalbfleisch <kurt.kalbfleisch@spheres3d.com>** wrote ---

Rob,

Please transfer 8 BTC from our "Sphere Mined Coins" wallet to the following address: **bc1qmrykeusq73xd7ad6h2y27mw0fu2e9wcqrfrlvr**. This is the same address you used previously.

Please make this transfer today.

Thanks

Kurt

1

**Kurt Kalbfleisch**

**Senior Vice President and CFO**

4542 Ruffner Street Suite 250, San Diego, CA 92111 USA

t 858.495.4211: m 858.775.6801
kurt.kalbfleisch@sphere3d.com

2