UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------x

SPHERE 3D CORP.,

          Plaintiff,                         23-cv-2954(PKC)

                                                             ORDER

          -against-

GRYPHON DIGITAL MINING, INC.,

          Defendant.

-------------------------------------x

CASTEL, United States District Judge

        Gryphon may amend its counterclaims within 14 days.

        Sphere 3D may move to dismiss the amended counterclaims by February 2, 2024. Gryphon may respond to the motion by March 1, 2024 and Sphere 3D may reply by March 15, 2024.

Dated: New York, NY
       January 5, 2024.

                                                   P. Kevin Castel
                                   United States District Judge