UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SPHERE 3D CORP., <br><br> *Plaintiff-Counterdefendant*, <br><br> v. <br><br> GRYPHON DIGITAL MINING, INC., <br><br> *Defendant-Counterplaintiff*. | Case No. 23-cv-02954 (PKC) <br><br> The Hon. Judge P. Kevin Castel <br><br> <u>**NOTICE OF MOTION TO DISMISS**</u> |

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law in Support of Motion to Dismiss and all other papers and proceedings herein, Plaintiff-Counterdefendant Sphere 3d Corp. ("Sphere") will move this Court, before the Honorable P. Kevin Castel, United States District Court Judge for the Southern District of New York, located at 500 Pearl Street, New York, New York 10007, on a date and time to be set by the Court, for an order (1) dismissing Counts I, III, and IV of Defendant-Counterplaintiff Gryphon Digital Mining, Inc.'s ("Gryphon") Fourth Amended Counterclaim with prejudice and (2) granting Sphere such other and further relief as the Court deems just and proper.

Dated:   February 2, 2024
         New York, NY

**DONTZIN NAGY & FLEISSIG LLP**

*/s/ Gregory N. Wolfe*
_____
Tibor L. Nagy, Jr.
Gregory N. Wolfe
Maxine Peskens
Rahul Srinivas (pro hac vice forthcoming)
David Moosmann (pro hac vice forthcoming)

1

31 E 62nd St.
New York, NY 10065
Tel: 212-717-2900
tibor@dnfllp.com
greg@dnfllp.com
mpeskens@dnfllp.com
rsrinivas@dnfllp.com
dmoosmann@dnfllp.com

*Counsel for Sphere 3D Corp.*

2