UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| SPHERE 3D CORP., | X |
| *Plaintiff and Counterclaim-Defendant,* | Case No. 1:23-cv-02954 |
| v. | The Hon. Judge P. Kevin Castel |
| GRYPHON DIGITAL MINING, INC., | Magistrate Judge Valerie Figueredo |
| *Defendant and Counterclaim-Plaintiff.* | |

### STIPULATION AND ORDER OF VOLUNTARY DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the respective parties, that the following claims asserted in Gryphon Digital Mining, Inc.'s ("Gryphon") Fourth Amended Counterclaim be, and hereby are, voluntarily dismissed with prejudice: Count I (for breach of contract), Count III (for breach of the Implied Covenant of Good Faith and Fair Dealing), and Count IV (for negligence).

IT IS FURTHER STIPULATED AND AGREED that Sphere 3D Corp. ("Sphere") reserves all rights to argue that it is entitled to recover its costs and expenses in connection with the dismissed Counts, including, without limitation, its attorney's fees, and that Gryphon reserves all rights to argue that Sphere is not entitled to recover Sphere's costs and expenses in connection with the dismissed Counts, including, without limitation, its attorney's fees.

1

\\4157-3565-8574 v1

Dated: February 15, 2024

*Dennis H. Tracey, III*
Dennis H. Tracey, III
Elizabeth Carter
HOGAN LOVELLS US LLP
390 Madison Avenue
New York, NY 10017
T +1 212 918 3000
dennis.tracey@hoganlovells.com
elizabeth.carter@hoganlovells.com

*Attorneys for Gryphon Digital Mining, Inc.*

Dated: February 15, 2024

*Gregory N. Wolfe*
Tibor L. Nagy, Jr.
Gregory N. Wolfe
DONTZIN NAGY & FLEISSIG LLP
31 E 62nd Street
New York, NY 10065
T +1 212 717 2990
tibor@dnfllp.com
greg@dnfllp.com

*Attorneys for Sphere 3D Corp.*

SO ORDERED:

Hon. P. Kevin Castel, U.S.D.J.

2-15-24