AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| SPHERE 3D CORP. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:23-cv-02954 |
| GRYPHON DIGITAL MINING, INC. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant and Counter-Claim Plaintiff, Gryphon Digital Mining, Inc.

Date: 02/20/2024

/s/ Elizabeth C. Carter
*Attorney's signature*

Elizabeth C. Carter (4822060)
*Printed name and bar number*
Hogan Lovells US LLP
390 Madisone Avenue
New York, New York 10017

*Address*

elizabeth.carter@hoganlovells.com
*E-mail address*

(212) 918-3000
*Telephone number*

(212) 918-3100
*FAX number*