AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

SPHERE 3D CORP. )
*Plaintiff* )
v. ) Case No. 1:23-cv-02954
GRYPHON DIGITAL MINING, INC. )
*Defendant* )

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant and Counter-Claim Plaintiff, Gryphon Digital Mining, Inc.

Date:  05/14/2024

/s/ William Winter
*Attorney's signature*

Wiliam Winter (6095624)
*Printed name and bar number*
Hogan Lovells US LLP
390 Madison Avenue
New York, New York 10017

*Address*

william.winter@hoganlovells.com
*E-mail address*

(212) 918-3059
*Telephone number*

(212) 918-3100
*FAX number*