UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

SPHERE 3D CORP.,

                    Plaintiff,

          -against-

GRYPHON DIGITAL MINING, INC.,

                    Defendant.
-----------------------------------------------------------------X

**23-cv-2954 (PKC) (VF)**

**ORDER SCHEDULING TELEPHONIC CONFERENCE**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

A conference in this matter to address the issues raised at ECF Nos. 81 and 82 is hereby scheduled for **Thursday, June 27, 2024 at 11:00 a.m.** Counsel for the parties are directed to call Judge Figueredo's AT&T conference line at the scheduled time. **Please dial (888) 808-6929; access code [9781335].**

SO ORDERED.

DATED:    New York, New York
               May 31, 2024

                                                                          VALERIE FIGUEREDO
                                                                          United States Magistrate Judge