# EXHIBIT 4

| | |
|---|---|
| **From:** | Carter, Elizabeth C |
| **To:** | Greg Wolfe; Rahul Srinivas |
| **Cc:** | Winter, William; David Moosmann; Tracey, Dennis H. |
| **Subject:** | RE: Following Up |
| **Date:** | Monday, June 24, 2024 9:19:48 PM |
| **Attachments:** | 20246424_Date_restricted_Total_2.pdf |
| | 20240624_Sphere_Total_2.pdf |

Greg and Rahul,

Apologies for the delay, but attached are two hit reports:

1. **20240624_Sphere_Total**.  This hit report covers the period August 19, 2021 to present and is a result of applying the corresponding search terms, as set forth in your letter of June 3rd.
    - The hit report returns 80, 141 hits.  This number far dwarfs the number of hits that Sphere has agreed to review and will need to be narrowed.  As an initial matter, we note that the term "(US OR U.S.) /2 Bitcoin" yields an excessive number of document hits (64,921 (43,621 unique hits)) and is overbroad.  We will evaluate the impact to the number of this by removing that term.
2. **20246424_Date Restricted**.  This hit report covers the period July 1, 2022 to August 31, 2022 and is the result of applying the four U.S. customs-related search terms, as set forth in your letter.
    a. We propose modifying the term "Customs" to reduce the number of this.  For example, (U.S. or "United States") /5 customs to reduce the number of false positives.

Please note that Gryphon's search for potentially responsive documents remains on going.

**From:** Greg Wolfe <greg@dnfllp.com>
**Sent:** Sunday, June 23, 2024 9:41 PM
**To:** Carter, Elizabeth C <elizabeth.carter@hoganlovells.com>; Rahul Srinivas <rsrinivas@dnfllp.com>
**Cc:** Winter, William <william.winter@hoganlovells.com>; David Moosmann <dmoosmann@dnfllp.com>
**Subject:** Re: Following Up

**[EXTERNAL]**
Happens. Thanks for the update.


**Greg Wolfe**
Partner
Dontzin Nagy & Fleissig LLP
31 East 62nd Street
New York, NY 10065
O: (212) 717-2900 | M: (917) 282-9481

greg@dnfllp.com

**From:** Carter, Elizabeth C <elizabeth.carter@hoganlovells.com>
**Sent:** Sunday, June 23, 2024 9:38:41 PM
**To:** Greg Wolfe <greg@dnfllp.com>; Rahul Srinivas <rsrinivas@dnfllp.com>
**Cc:** Winter, William <william.winter@hoganlovells.com>; David Moosmann <dmoosmann@dnfllp.com>
**Subject:** RE: Following Up


Hello Greg and Rahul,

We have been working on providing the hit reports and anticipate being in a position to deliver them to you tomorrow morning.  We have been working with our vendor, but the original hit reports we received did not include all of the search terms, so once we caught that issue, they needed to be revised.

Thank you,

Elizabeth

**From:** Winter, William <william.winter@hoganlovells.com>
**Sent:** Friday, June 21, 2024 5:47 PM
**To:** Greg Wolfe <greg@dnfllp.com>; Rahul Srinivas <rsrinivas@dnfllp.com>; David Moosmann <dmoosmann@dnfllp.com>
**Cc:** Carter, Elizabeth C <elizabeth.carter@hoganlovells.com>
**Subject:** Following Up

Greg, Rahul,

We are still working with our data team to produce the hit report. We will produce as soon as possible.

Thank you.

Best,
Will

**William Winter**
Associate

**Hogan Lovells US LLP**
390 Madison Avenue
New York, NY 10017
Tel:         +1 212 918 3000
Direct:    +1 212 918 3059
Fax:        +1 212 918 3100
Email:    william.winter@hoganlovells.com
             www.hoganlovells.com

**About Hogan Lovells**
Hogan Lovells is an international legal practice that includes Hogan Lovells US LLP and Hogan Lovells International LLP. For more information, see www.hoganlovells.com.

CONFIDENTIALITY. This email and any attachments are confidential, except where the email states it can be disclosed; it may also be privileged. If received in error, please do not disclose the contents to anyone, but notify the sender by return email and delete this email (and any attachments) from your system.

PRIVACY. Hogan Lovells processes personal data, including data relating to email communications, in accordance with the terms of its privacy policy which is available at www.hoganlovells.com/en/privacy.



# 785304.000001 - Gryphon Digital Mining Inc

## Search Terms Report

**Report Name:** 20240624_Date_Restricted(Total) (1)　　**Searchable Set:** 20240624_Combined_date_restricted (1)



## Results Summary

| Documents in searchable set | Total documents with hits | Total documents with hits, including Group | Total documents without hits |
|---|---|---|---|
| 103,302 | 1,760 | 1,760 | 101,542 |



## Terms Summary

| Term | Documents with hits | Documents with hits, including group | Unique hits |
|---|---|---|---|
| "U.S.C.B.P." | 4 | 4 | 0 |
| "USCBP" | 4 | 4 | 0 |

| | | | |
|---|---:|---:|---:|
| Border Protection | 498 | 498 | 0 |
| Customs | 1,760 | 1,760 | 1,262 |

**Report Generated:**   06/24/24 6:51:31 PM                                                        Page 2 of 2



# 785304.000001 - Gryphon Digital Mining Inc

## Search Terms Report

**Report Name:**   20240624_Sphere_Terms(Totlal) (1)   **Searchable Set:**   20240624_Combined (1)



## Results Summary

| Documents in searchable set | Total documents with hits | Total documents with hits, including Group | Total documents without hits |
|---:|---:|---:|---:|
| 141,477 | 80,141 | 80,141 | 61,336 |







| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 0 | 10000 | 20000 | 30000 | 40000 | 50000 | 60000 | 70000 |

## Terms Summary

| Term | Documents with hits | Documents with hits, including group | Unique hits |
|---|---:|---:|---:|
| (Miner OR Mining) /5 pool | 9,994 | 9,994 | 1,143 |
| (US OR U.S.) /2 Bitcoin | 64,921 | 64,921 | 43,621 |
| 22.5% OR 22.5 percent | 3,848 | 3,848 | 332 |
| Adam /2 (Levin OR Levine) | 123 | 123 | 9 |
| Brea /2 Baker | 1 | 1 | 0 |
| Compute /2 North | 1 | 1 | 0 |
| Core | 8,898 | 8,898 | 975 |
| Dean /2 Lazer | 1 | 1 | 0 |
| Digital asset | 5,561 | 5,561 | 755 |
| Eric /2 Lazer | 1 | 1 | 0 |
| Foundry | 3,181 | 3,181 | 361 |
| Gryphon /5 miner | 1 | 1 | 0 |
| Hash OR Hashrate | 8,614 | 8,614 | 1,023 |
| Joshi | 39 | 39 | 17 |
| Kalbfleisch | 2,694 | 2,694 | 27 |
| Lancium | 1,021 | 1,021 | 20 |
| Lipschitz | 2,667 | 2,667 | 667 |
| Luxor | 718 | 718 | 44 |
| Master Services Agreement OR MSA | 6,203 | 6,203 | 147 |
| Patricia | 3,995 | 3,995 | 37 |
| Patti OR Patty | 1,627 | 1,627 | 24 |
| Proof /5 Claim | 1 | 1 | 0 |
| Proof AND bankruptcy | 1,437 | 1,437 | 85 |
| Rebel | 1,555 | 1,555 | 66 |
| Sphere | 14,850 | 14,850 | 2,047 |
| Tassiopoulos | 2,578 | 2,578 | 141 |
| Tierney | 374 | 374 | 13 |
| Treasury /2 strategy | 1 | 1 | 0 |
| Trompeter | 3,890 | 3,890 | 1 |
| Wallet | 5,377 | 5,377 | 612 |

**Report Generated:**   06/24/24 6:58:09 PM                                                                 Page 5 of 5