# EXHIBIT 5

| | |
|---|---|
| **From:** | Rahul Srinivas |
| **To:** | Tracey, Dennis H.; Carter, Elizabeth C; Winter, William |
| **Cc:** | Greg Wolfe; David Moosmann |
| **Subject:** | Sphere v. Gryphon |
| **Date:** | Friday, June 21, 2024 7:14:13 PM |
| **Attachments:** | 20240620_STRWP100519_Opposing Counsel Terms_Search Term Report.pdf |

**[EXTERNAL]**
Counsel:

Thank you for the call this morning. We have attached a revised hit report that we have worked on with our vendor. Although we still believe the number of hits returned is uncalled for by the case, we are willing to proceed to review this set, provided that the parties agree to two items that will reduce the burden for both sides:

1. If there are redactions on a document or communication based on attorney client privilege or the work product privilege, and the basis for the privilege is clear from the face of the document or communication, then it will be unnecessary to justify the privilege on a privilege log. If a party determines it needs further information regarding a redaction, then the parties will promptly meet-and-confer in good faith. If the parties still cannot resolve the dispute, then they may seek court relief.

2. Documents generated on or after April 7, 2023 (the date this action was initiated) that are protected by the attorney-client privilege or the work product privilege need not be produced or logged on a privilege log.

Please confirm your agreement.

Regards,

**Rahul Srinivas***
Dontzin Nagy & Fleissig LLP
31 East 62nd Street
New York, NY 10065
(212) 717-2900
rsrinivas@dnfllp.com

*Not yet admitted to practice in New York



# Sphere 3D Core Scientific

## Search Terms Report

**Report Name:** 20240620_STRWP100519_Opposing Counsel Terms  **Searchable Set:** 20240620_STRWP10519_SS_Dynamic



## Results Summary

| Documents in searchable set | Total documents with hits | Total documents with hits, including Group | Total documents without hits |
|---:|---:|---:|---:|
| 124,601 | 28,307 | 39,726 | 96,294 |











## Terms Summary

| Term | Documents with hits | Documents with hits, including group | Unique hits |
|---|---:|---:|---:|
| "18 bitcoin" | 75 | 157 | 4 |
| "8 bitcoin" | 176 | 409 | 14 |
| "Commercial terms" | 499 | 1,138 | 52 |
| "Compute North" | 2,800 | 5,643 | 0 |
| "digital asset" | 2,600 | 5,555 | 532 |
| "duty to disclose" | 81 | 218 | 0 |
| "exclusive provider" | 492 | 940 | 1 |
| "Management Fee / Operating Costs" | 24 | 61 | 0 |
| "Management fee" | 636 | 1,602 | 0 |
| "Management revenue*" | 3 | 7 | 1 |
| "Management Strategy" | 120 | 201 | 30 |
| "Master Services Agreement" | 1,803 | 3,852 | 6 |
| "Professional and workmanlike manner" | 563 | 1,280 | 0 |
| "Term/Termination" | 349 | 1,064 | 0 |
| "Termination Clause" | 14 | 95 | 1 |
| "Treasury Management Strategy" | 15 | 23 | 0 |
| "Treasury strategy" | 9 | 17 | 1 |
| "US Bitcoin" | 1,299 | 2,737 | 0 |

| | | | |
|---|---:|---:|---:|
| 22 PRE/1 "##5\u0025" | 1,393 | 3,429 | 20 |
| Adam W/2 Levin | 224 | 398 | 21 |
| Adam W/2 Levine | 5 | 19 | 0 |
| availab* W/5 mine | 138 | 395 | 1 |
| availab* W/5 miners | 239 | 606 | 39 |
| availab* W/5 mining | 832 | 2,666 | 39 |
| Brian W/2 Chase | 861 | 1,753 | 54 |
| Compute W/2 North | 2,800 | 5,643 | 0 |
| Computer* W/5 pool* | 217 | 495 | 0 |
| Core | 11,567 | 18,796 | 4,902 |
| Crypto* W/5 standards | 534 | 1,093 | 10 |
| Dean W/2 Lazer | 176 | 411 | 1 |
| Dut* W/10 Disclos* | 369 | 1,015 | 20 |
| Equipment W/5 pool* | 139 | 707 | 2 |
| Eric W/2 Lazer | 210 | 473 | 23 |
| Exclusivity | 826 | 1,798 | 90 |
| Foundry | 1,940 | 3,720 | 366 |
| Gryphon | 11,335 | 17,543 | 3,954 |
| Host* W/5 mine | 12 | 43 | 0 |
| Host* W/5 miners | 1,465 | 4,480 | 77 |
| Host* W/5 mining | 2,488 | 5,592 | 136 |
| Joshi | 18 | 59 | 10 |
| Kroll | 64 | 173 | 37 |
| Lancium | 2,202 | 3,899 | 592 |
| Luxor | 1,744 | 2,853 | 698 |
| Management W/2 fee* | 1,102 | 2,612 | 83 |
| Mine W/5 pool* | 40 | 118 | 0 |
| Miners W/5 pool* | 608 | 1,591 | 0 |
| Mining W/5 pool* | 1,764 | 4,889 | 0 |
| MSA | 3,870 | 8,038 | 280 |
| Pool* W/5 Mine | 40 | 118 | 0 |
| Pool* W/5 Miners | 608 | 1,591 | 0 |
| Pool* W/5 Mining | 1,764 | 4,889 | 0 |
| Pric* W/5 mine | 25 | 65 | 9 |
| Pric* W/5 miners | 746 | 2,200 | 87 |

| | | | |
|---|---|---|---|
| Pric* W/5 mining | 842 | 2,577 | 37 |
| Rebel | 2,225 | 3,606 | 860 |
| Space W/5 mine | 2 | 2 | 0 |
| Space W/5 miners | 220 | 1,146 | 4 |
| Space W/5 mining | 286 | 699 | 34 |
| Sphere* W/5 pool* | 597 | 1,627 | 20 |
| Termination W/5 agreement | 3,059 | 6,663 | 831 |
| Termination W/5 contract | 568 | 1,328 | 86 |
| U.S. W/2 Bitcoin | 82 | 198 | 3 |
| US W/2 Bitcoin | 1,539 | 3,216 | 40 |
| US W/2 USBTC | 24 | 83 | 0 |
| Workmanlike | 579 | 1,362 | 5 |

**Report Generated:**     06/20/24 10:25:09 PM                                    Page 8 of 8