# DONTZIN NAGY & FLEISSIG

31 East 62nd Street | New York, New York 10065 | (212) 717 - 2900

Gregory N. Wolfe
greg@dnfllp.com

**VIA ECF**                                                                                                      July 15, 2024

Hon. Valerie Figueredo
United States Magistrate Judge
Southern District of New York
500 Pearl Street, Room 1660
New York, NY 10007

      Re:    *Sphere 3D Corp. v. Gryphon Digital Mining, Inc.*, 1:23-cv-02954-PKC

Dear Judge Figueredo:

    We represent plaintiff and counter-defendant Sphere 3D Corp. ("Sphere"). Defendant and counterclaimant Gryphon Digital Mining, Inc. ("Gryphon") has reviewed and assented to the filing of this letter.

    At the hearing on June 27, 2024, the parties indicated they may need more time to conduct discovery and the Court advised that, if the parties sought more time, it would be inclined to extend the deadlines. *See* June 27, 2024, Hr. Tr. at 66:7–13. Following a meet-and-confer, the parties have agreed that a brief extension is warranted. The parties have agreed to the proposed new dates as shown in the chart below.

| Event | Original Date | Proposed New Date |
| --- | --- | --- |
| Completion of Fact Discovery | September 10, 2024 | October 11, 2024 |
| Completion of Fact Witness Depositions | September 3, 2024 | October 11, 2024 |
| Requests for Admission | Served by July 18, 2024, responses due August 22, 2024 | Served by September 27, 2024, responses due October 11, 2024 |
| Completion of Expert Discovery | October 24, 2024 | December 20, 2024 |

    The parties respectfully ask the Court to enter the schedule as shown above. We thank the Court for its attention to this matter and are available to answer any questions the Court may have.

Respectfully submitted,

/s/ Gregory N. Wolfe