**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X

SPHERE 3D CORP.,

                       Plaintiff,                    **23-cv-2954 (PKC) (VF)**

            -against-                       **ORDER SCHEDULING**
                                         **TELEPHONIC CONFERENCE**

GRYPHON DIGITAL MINING, INC.,

                       Defendant.
----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

       A conference in this matter is currently scheduled for **Thursday, August 1, 2024, at 11:00 a.m.** This conference is hereby rescheduled for **Thursday, August 22, 2024 at 3:00 p.m.** Counsel for the parties are directed to call Judge Figueredo's AT&T conference line at the scheduled time. **Please dial (888) 808-6929; access code [9781335].**

       If the parties have not resolved the issue previously raised at ECF Nos. 85-86, they may raise the dispute at this upcoming conference. Additionally, if any new discovery disputes arise, the parties may address them at the August 22 conference, so long as they have met and conferred about the dispute and written the Court a letter explaining the dispute. A letter raising any new discovery disputes to be addressed at the August 22 conference should be filed on the docket by no later than August 19, 2024.

       **SO ORDERED.**

DATED:     New York, New York
             July 15, 2024

                                            _____
                                          VALERIE FIGUEREDO
                                          United States Magistrate Judge