UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- X
                                                        :
SPHERE 3D CORP.,                                        :
                                                        :   Case No. 1:23-cv-02954- PKC-VF
            *Plaintiff and*                             :
            *Counterclaim-*                             :
            *Defendant*,                                :
                                                        :
      vs.                                               :
                                                        :
GRYPHON DIGITAL MINING, INC.,                           :
                                                        :
            *Defendant and*                             :
            *Counterclaim-Plaintiff.*                   :
------------------------------------------------------- X

**NOTICE OF UNOPPOSED MOTION FOR ISSUANCE OF HAGUE CONVENTION
REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE TO
OBTAIN EVIDENCE IN THE UNITED KINGDOM**

PLEASE TAKE NOTICE that upon the accompanying memorandum of law and the Declaration of Gregory N. Wolfe, dated August 21, 2024 ("Wolfe Declaration"), Plaintiff respectfully moves this Court, before the Honorable Valerie Figueredo, on such date and at such time as the Court may direct, to issue a Request for International Judicial Assistance Pursuant to the Hague Convention of 18 March 1970 on the Taking of Evidence Abroad in Civil or Commercial Matters ("Letter of Request") to take testimony overseas, pursuant to 28 U.S.C. § 1781, Federal Rule of Civil Procedure 28(b), and Chapter I of the Hague Convention on the Taking of Evidence Abroad in Civil or Commercial Matters, March 18, 1970, T.I.A.S. No. 74444, 23 U.S.T. 2555. The proposed Letter of Request is attached as Exhibit A to the Wolfe Declaration. A Proposed Order is also filed with this Notice of Motion.

1

Dated: August 21, 2024
New York, NY

**DNF LLP**

*/s/ Gregory N. Wolfe*

Tibor L. Nagy, Jr.
Gregory N. Wolfe
Rahul Srinivas (pro hac vice forthcoming)
David Moosmann (pro hac vice forthcoming)
31 E 62nd Street
New York, NY 10065
Tel: (212) 717-2900
tibor@dnfllp.com
greg@dnfllp.com
rsrinivas@dnfllp.com
dmoosmann@dnfllp.com

*Counsel for Sphere 3D Corp.*