# Exhibit C

| | |
|---|---|
| **From:** | Dan Tolhurst[dan@gryphonmining.com] |
| **Sent:** | Thur 8/5/2021 12:47:38 PM (UTC) |
| **To:** | Peter Tassiopoulos[Peter.Tassiopoulos@sphere3d.com] |
| **Cc:** | Rob Chang[rob@gryphonmining.com]; Eric Lazer[eric@lazercapital.com]; Greg Lipschitz[greg@lazercapital.com]; Patricia Trompeter[patricia@7mbholdings.com] |
| **Subject:** | MSA & Merger Amendment |
| **Attachment:** | Gryphon Sphere 3D - MSA Binding Term Sheet - August 4, 2021 Blackline.docx |
| **Attachment:** | Amendment No 1 to Agreement and Plan of Merger - Gryphon - Sphere - August 4, 2021 Blackline.docx |

Hi Pete,
Please find attached the Merger Amendment and Revised MSA.

Best,
Dan

Dan Tolhurst
Co-Founder/President
+44(74)6214-1860
dan@gryphonmining.com