# Exhibit D

Case 1:23-cv-02954-PKC-VF    Document 95-4    Filed 08/21/24    Page 1 of 2

| | |
|---|---|
| **From:** | Patricia Trompeter[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=90F0246D51954E60985999D562780E91-PATRICIA TR] |
| **Sent:** | Fri 2/10/2023 3:27:47 PM (UTC) |
| **To:** | Rob Chang[rob@gryphonmining.com]; Dan Tolhurst[dan@gryphonmining.com]; Brian Chase[brian@gryphonmining.com] |
| **Cc:** | Kurt Kalbfleisch[Kurt.Kalbfleisch@sphere3d.com]; Panjwani, M. Ali[Ali.Panjwani@PRYORCASHMAN.com]; Joe W[joseph.michael.wall@gmail.com] |
| **Subject:** | Stolen Bitcoin |

Rob –

We have concluded one part of our investigation. We have a 14 page report tracing the bitcoin It appears some of the funds are still sitting in the wallet. The security team running the investigation has suggested that Binance is notified immediately, however they will require a police report for recovery. We are happy you share thee report with you as a courtesy.

Please let us know when our bitcoin will be back in the "3Dsphere GDM" wallet.

Thank you

Patti

*Patricia Trompeter*
Chief Executive Officer
203.524-6524

