# Exhibit E

| | |
|---|---|
| **From:** | Dan Tolhurst[dan@gryphonmining.com] |
| **Sent:** | Thur 12/30/2021 8:15:48 PM (UTC) |
| **To:** | Peter Tassiopoulos[Peter.Tassiopoulos@sphere3d.com]; Kurt Kalbfleisch[Kurt.Kalbfleisch@sphere3d.com] |
| **Cc:** | Chris Ensey[chris@gryphonmining.com]; Rob Chang[rob@gryphonmining.com] |
| **Subject:** | Fwd: FW: Dimerco |
| **Attachment:** | 00120150_0.pdf |

Hi Kurt and Peter,
Please see attached the customs invoice for Sphere's miners. Please advise once payment has been made as the miners will not be released by the customs broker until it is paid.

I should also note that the stated value of the equipment on the invoice seems quite low

Best,
Dan


Dan Tolhurst
Co-Founder/President
+44(74)6214-1860
dan@gryphonmining.com




---------- Forwarded message ---------
From: **Chris Ensey** <chris@gryphonmining.com>
Date: Thu, Dec 30, 2021 at 2:58 PM
Subject: Fwd: FW: Dimerco
To: Dan Tolhurst <dan@gryphonmining.com>, Rob Chang <rob@gryphonmining.com>


Guys - here are the charges for Sphere.


---------- Forwarded message ---------
From: **Tony Chen** <tchen@accb.us>
Date: Thu, Dec 30, 2021 at 3:57 PM
Subject: Re: FW: Dimerco
To: Chris Ensey <chris@gryphonmining.com>

this is good, please see below summary of charges
customs clearance - $125
Customs import tax and duty - $6,436.79
title transfer processing with Customs - $30
wire transfer fee - $15
total: $6606.79

please ACH or wire transfer to the below account

Wire/ACH Info
BANK: CAPITAL ONE, N.A.
BANK ADDRESS: 369 MERRICK AVE, EAST MEADOW, NY11554
RECIPIENT: ALL CLEARED CUSTOMS BROKERAGE
ACCOUNT # : 7528669489
ROUTING # : 021407912
ADDRESS: 24 MERRY LN., WESTBURY, NY 11590

*This is a courtesy reminder that shipments by sea must have ISF filed no later than 48 hours prior to vessel loading at the origin. U.S customs has been issuing liquidated damages (penalties up to $10000.00 per shipment) against ISF importer for ISF non-compliance(e.g. late or inaccurate ISF).*

Best Regards

Tony Chen
Licensed Customs Broker
Import Manager
All Cleared Customs Brokerage
email: tchen@accb.us
Office: 347-891-6219
fax: 646-680-0619


On Thu, Dec 30, 2021 at 2:18 PM Chris Ensey <chris@gryphonmining.com> wrote:

See attached.

---------- Forwarded message ---------
From: **Norbert Guiol** <n@coinmint.one>
Date: Thu, Dec 30, 2021 at 3:16 PM
Subject: RE: FW: Dimerco
To: Chris Ensey <chris@gryphonmining.com>
CC: Dan Tolhurst <dan@gryphonmining.com>, Rob Chang <rob@gryphonmining.com>, Suppplies NCCS <supplies@nccs.one>


Right. Please see attached.

**From:** Chris Ensey <chris@gryphonmining.com>
**Sent:** Thursday, December 30, 2021 14:11
**To:** Norbert Guiol <n@coinmint.one>
**Cc:** Dan Tolhurst <dan@gryphonmining.com>; Rob Chang <rob@gryphonmining.com>; Suppplies NCCS <supplies@nccs.one>
**Subject:** Re: FW: Dimerco

Looking at this we need it signed.

On Thu, Dec 30, 2021 at 3:10 PM Norbert Guiol <n@coinmint.one> wrote:

> Please see attached in case needed.
>
> **From:** Chris Ensey <chris@gryphonmining.com>
> **Sent:** Thursday, December 30, 2021 12:26
> **To:** Dan Tolhurst <dan@gryphonmining.com>; Rob Chang <rob@gryphonmining.com>; Norbert Guiol <n@coinmint.one>
> **Subject:** Re: Dimerco
>
> Norbert here is a signed copy from our side.  Please expedite if you can...
>
> On Thu, Dec 30, 2021 at 1:19 PM Chris Ensey <chris@gryphonmining.com> wrote:
>
>> Guys we this signed ASAP so we can get this cleared through customs.  We should make sure Bitmain names this stuff correctly in the future.
>>
>> ---------- Forwarded message ---------
>> From: **Tony Chen** <tchen@accb.us>
>> Date: Thu, Dec 30, 2021 at 1:17 PM
>> Subject: Re: Dimerco
>> To: Chris Ensey <chris@gryphonmining.com>

please have the attached letter completed by your company and NORTH COUNTRY DATA CENTER

*This is a courtesy reminder that shipments by sea must have ISF filed no later than 48 hours prior to vessel loading at the origin. U.S customs has been issuing liquidated damages (penalties up to $10000.00 per shipment) against ISF importer for ISF non-compliance(e.g. late or inaccurate ISF).*

Best Regards

Tony Chen

Licensed Customs Broker

Import Manager

All Cleared Customs Brokerage

email: tchen@accb.us

Office: 347-891-6219

fax: 646-680-0619

On Thu, Dec 30, 2021 at 12:01 PM Chris Ensey <chris@gryphonmining.com> wrote:

> Yes that is our datacenter that is run by a company called CoinMint

On Thu, Dec 30, 2021 at 1:00 PM Tony Chen <tchen@accb.us> wrote:

> Hi Chris
>
> the documents we received show NORTH COUNTRY DATA CENTER

*This is a courtesy reminder that shipments by sea must have ISF filed no later than 48 hours prior to vessel loading at the origin. U.S customs has been issuing liquidated damages (penalties up to $10000.00 per shipment) against ISF importer for ISF non-compliance(e.g. late or inaccurate ISF).*

Best Regards

Tony Chen

Licensed Customs Broker

Import Manager

All Cleared Customs Brokerage

email: tchen@accb.us

Office: 347-891-6219

fax: 646-680-0619

On Thu, Dec 30, 2021 at 9:13 AM Tony Chen <tchen@accb.us> wrote:

> Good morning Chris
>
> We have not heard from them regarding your shipment
>
> Can you send me airway bill so I can check
>
> On Thursday, December 30, 2021, Chris Ensey <chris@gryphonmining.com> wrote:
>
>> Hey Tony,
>>
>> Any chance someone from Dimerco reached out to you?
>>
>> They are holding a shipment for us and they were provided your info.  I just heard they called our facility asking for our customs broker.  We provided your detail through the

manufacturer that is shipping our units but maybe it didn't get passed along.

Thanks,

Chris

--

*This is a courtesy reminder that shipments by sea must have ISF filed no later than 48 hours prior to vessel loading at the origin. U.S customs has been issuing liquidated damages (penalties up to $10000.00 per shipment) against ISF importer for ISF non-compliance(e.g. late or inaccurate ISF).*

Best Regards

Tony Chen

Licensed Customs Broker

Import Manager

All Cleared Customs Brokerage

email: tchen@accb.us

Office: 347-891-6219

fax: 646-680-0619