# Exhibit F

| | |
|---|---|
| **From:** | Dan Tolhurst[dan@gryphonmining.com] |
| **Sent:** | Thur 9/23/2021 9:23:38 PM (UTC) |
| **To:** | Peter Tassiopoulos[Peter.Tassiopoulos@sphere3d.com] |
| **Cc:** | Rob Chang[rob@gryphonmining.com] |
| **Subject:** | Draft Core Agreement and executed MSA |
| **Attachment:** | Gryphon_-_MSA_and_Order_1_Gryphon_Redline_FINAL.docx.pdf |
| **Attachment:** | Gryphon Mining _ Core Scientific - Order 2 GDM Comments.docx |

Pete,

As discussed, please find attached the draft Core agreement and executed MSA. They've indicated that they have accepted all of our comments, but have not sent their turn back yet.

Guidance from our counsel is that the best way to proceed is a sublease agreement between Sphere and Gryphon. They will make themselves available to collaborate with Ali in structuring the sublease.

Please let me know if you have any questions.

Best,
Dan

Dan Tolhurst
Co-Founder/President
+44(74)6214-1860
dan@gryphonmining.com