# Exhibit G

| | |
|---|---|
| **From:** | Kurt Kalbfleisch[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=8664325D6B834E5ABD2B6E50417D0A23-KURT KALBFL] |
| **Sent:** | Wed 8/31/2022 5:03:41 PM (UTC) |
| **To:** | Patricia Trompeter[Patricia.Trompeter@sphere3d.com] |
| **Subject:** | FW: Core Profit Share May 2022 |
| **Attachment:** | 20220620 - Invoice and Profit Share Calcuations Core - May 2022.xlsx |

**Kurt Kalbfleisch**
**Senior Vice President and CFO**
4542 Ruffner Street Suite 250, San Diego, CA 92111 USA
t 858.495.4211: m 858.775.6801
kurt.kalbfleisch@sphere3d.com

**From:** Dan Tolhurst <dan@gryphonmining.com>
**Sent:** Tuesday, June 28, 2022 5:00 AM
**To:** Kurt Kalbfleisch <Kurt.Kalbfleisch@sphere3d.com>
**Cc:** Brian Chase <brian@gryphonmining.com>
**Subject:** Core Profit Share May 2022

Hi Kurt,

Please find attached the profit share calculations for Sphere's operations at Core Scientific for May of 2022. Total profit share owed to Gryphon is **$30,137.**

Best,
Dan
Dan Tolhurst
Co-Founder/President
+44(74)6214-1860
dan@gryphonmining.com