# Exhibit H

# Short Message Report

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 6 | Date Range: 6/17/2022 |

## Outline of Conversations

 **WhatsApp Conversation 00001 - 2022/06/17** • 6 messages on 6/17/2022 • Alex Tierney • Dan Tolherst

**Messages in chronological order** (times are shown in GMT +00:00)

---

**WhatsApp Conversation 00001 - 2022/06/17**

DT | **Dan Tolherst** | 6/17/2022, 6:40 AM
are you guys still looking for a home for the 2,500 units you have that were waiting to ship?

AT | **Alex Tierney** | 6/17/2022, 9:34 AM
not really looking, still trying to paper something with Core.

DT | **Dan Tolherst** | 6/17/2022, 9:59 AM
How's that coming along?

AT | **Alex Tierney** | 6/17/2022, 10:00 AM
Patti has been handling that, but sounds optimistic.

AT | **Alex Tierney** | 6/17/2022, 10:00 AM
although getting anything done in this market is tough

DT | **Dan Tolherst** | 6/17/2022, 10:01 AM
We're rooting for you guys.  As always, let us know if we can be of any help.