# Exhibit I

| | |
|---|---|
| **From:** | Dan Tolhurst[dan@gryphonmining.com] |
| **Sent:** | Wed 12/15/2021 2:44:19 PM (UTC) |
| **To:** | Patricia Trompeter[patricia@7mbholdings.com] |
| **Cc:** | Kurt Kalbfleisch[Kurt.Kalbfleisch@sphere3d.com]; Peter Tassiopoulos[Peter.Tassiopoulos@sphere3d.com]; Rob Chang[rob@gryphonmining.com]; Rosenfeld, Margaret N.[Margaret.Rosenfeld@klgates.com]; Hellige, Eric M.[EHellige@pryorcashman.com]; Mendelsohn, Evan[EMendelsohn@pryorcashman.com]; Panjwani, M. Ali[Ali.Panjwani@pryorcashman.com] |
| **Subject:** | Re: URGENT - Dec shipment |

Hi Peter / Patti,
Circling back on this, available to discuss at your convenience. Also, please feel free to connect Chris and I to the Bitmain point of contact so that we can ensure a smooth process on this and future shipments.

Best,
Dan

Dan Tolhurst
Co-Founder/President
+44(74)6214-1860
dan@gryphonmining.com



On Wed, Dec 15, 2021 at 12:35 AM Dan Tolhurst <dan@gryphonmining.com> wrote:

Hi Patti,
I defer to Pete's email with regards to Core and picking up the conversation in the morning as it is past midnight here in the UK.

The capacity is absolutely there under the contract. However, I must advise that splitting the shipment to multiple destinations will likely materially increase the shipping cost, as this was the case when we did our pilot program with Core under Order 1. Ultimately, it is Sphere's call. My advice, which you are absolutely free to disregard, would be to ask for quotes for both a single shipment to Coinmint and a split shipment to Core (using Marble, NC 28905 as the destination for cost purposes) and Coinmint. The split shipment would be 300 units to Core / 200 units to Coinmint.

Should you choose to proceed with the split shipment, we will confirm with Core which of their facilities it should be shipped to.

With regards to the November shipment, please advise as to the tracking info so that we can appropriately advise Coinmint as we have yet to receive any tracking info.

Looking forward to discussing it in the morning.

Best,
Dan

Dan Tolhurst
Co-Founder/President
+44(74)6214-1860
dan@gryphonmining.com

On Wed, Dec 15, 2021 at 12:10 AM Patricia Trompeter <patricia@7mbholdings.com> wrote:

Dan –

You are correct we communicated 20 days ago - that was the November shipment, I am now trying to confirm the December shipment. The November shipment is in transit.

I am asking about December. Can you please advise our instructions to Bitmain on the remaining machines?

My concern is that if we do not communicate in the next couple days, we will experience a delay in shipping after Christmas.

Thanks!

Patricia

**Patricia Trompeter**

Chief Operating Officer

(203) 524-6524

(203) 998-1149
309 Lukes Wood Rd.
New Canaan, CT 06840



---

**From:** Dan Tolhurst <dan@gryphonmining.com>
**Date:** Tuesday, December 14, 2021 at 6:37 PM
**To:** Patricia Trompeter <patricia@7mbholdings.com>
**Cc:** Kurt Kalbfleisch <Kurt.Kalbfleisch@sphere3d.com>, Peter Tassiopoulos <Peter.Tassiopoulos@sphere3d.com>, Rob Chang <rob@gryphonmining.com>, Rosenfeld, Margaret N. <Margaret.Rosenfeld@klgates.com>
**Subject:** Re: URGENT - Dec shipment

Hi Patricia,

I am confused by this note as there have been no unreturned emails or texts regarding the deployment of the December shipment. Please see the screenshots, below which include our most recent text exchanges, 22 and 20 days ago, respectively, where I have actively sought the shipping details to facilitate the arrival and installation in any way possible and re-shared the shipping address.

23/11/2021

You may want to remind your boy Adam that I am head of the Audit committee and have pre meetings with the BOD.   We are working as hard and fast as we can but to be honest Dan - you guys have been late with lot of the financials.   We have been drafting, buying machines (which Rob hilariously took credit for. How does he know Allen? Remind me), raising debt, getting F3s done in less than 24 hrs
and running operations.   you guys are sitting back and saying "we need money to pay for our machines".

With all due respect - every call has turned into you guys accusing us of not doing our jobs.

Totally get you guys dislike me. I don't care but I wont have you guys picking on my finance team.

again - I am not trying to be an asshole here but we ar... Read more

3:3

I think it's best if

yeah.  agree.  I was participating in the calls so I could be up to speed and keep the BOD up to speed to condense the timeframe.  At this point - I think it's best if I drop off and let the process go it's own way

3:3

resp

Do you know who is shipping your miners? Ju
delivery coming into JFK next week. Don't beli

Also, pls s



We have been unambiguous that the machines should be sent to Coinmint, as the Core deployment does not provide for sufficient capacity for 500 machines at this time. While I understand your concerns with the shipment being delayed, it is in no way, shape or form due to a lack of engagement / response on our end. I most recently asked for the shipping details in a conversation with Peter on Friday, but none have been forthcoming.

As always, we are more than happy to facilitate the shipping, delivery, and installation process in any way, shape or form possible, but have neither been provided with tracking information, nor with the contact information of the appropriate contact person at BitFuFu/Bitmain to do so.

Kind Regards,
Dan

On Tue, 14 Dec 2021 at 11:18 pm, Patricia Trompeter <patricia@7mbholdings.com> wrote:

Dan,

I have not heard from back from you. Bitmain is waiting for our direction to ship the December machines. We would like to know if we should ship the entire 500 machines to Core or if they still do not have space for the total order, what number should send? I have emailed and texted you. My concern is that the delay in response will delay our shipment until after Christmas.

Can you please provide the following:

1. How many machines should be shipped to Core?
2. What is the address of Core?
3. If #1 above is less than the total order to be shipped, where should the remaining miners go?

Can you please respond to this email? I need to get back to Bitmain. I am concerned about the timing here and potentially losing our shipment window creating a delay in getting the machines operational.

Thank you –

Patti

## Patricia Trompeter

Chief Operating Officer

(203) 524-6524

(203) 998-1149
309 Lukes Wood Rd.
New Canaan, CT 06840

