# Exhibit J

| | |
|---|---|
| **From:** | Dan Tolhurst[dan@gryphonmining.com] |
| **Sent:** | Tue 12/7/2021 1:58:55 PM (UTC) |
| **To:** | Peter Tassiopoulos[Peter.Tassiopoulos@sphere3d.com] |
| **Cc:** | Rob Chang[rob@gryphonmining.com] |
| **Subject:** | Shipping Info on 500 Units |

Hi Pete,
Have your 500 units shipped? If so, could you please share the shipping/tracking info?

Thanks,
Dan

Dan Tolhurst
Co-Founder/President
+44(74)6214-1860
dan@gryphonmining.com