# Exhibit K

| | |
|---|---|
| **From:** | Kurt Kalbfleisch[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=8664325D6B834E5ABD2B6E50417D0A23-KURT KALBFL] |
| **Sent:** | Fri 8/26/2022 4:59:00 PM (UTC) |
| **To:** | Rob Chang[rob@gryphonmining.com]; Patricia Trompeter[Patricia.Trompeter@sphere3d.com] |
| **Cc:** | Dan Tolhurst[dan@gryphonmining.com]; brian@gryphonmining.com[brian@gryphonmining.com] |
| **Subject:** | RE: BTC Transfer Request |

Rob,

Thanks, I have confirmed receipt.

Kurt

**Kurt Kalbfleisch**
**Senior Vice President and CFO**
4542 Ruffner Street Suite 250, San Diego, CA 92111 USA
t 858.495.4211: m 858.775.6801
kurt.kalbfleisch@sphere3d.com

---

**From:** Rob Chang <rob@gryphonmining.com>
**Sent:** Friday, August 26, 2022 9:08 AM
**To:** Patricia Trompeter <Patricia.Trompeter@sphere3d.com>
**Cc:** Dan Tolhurst <dan@gryphonmining.com>; Kurt Kalbfleisch <Kurt.Kalbfleisch@sphere3d.com>; brian@gryphonmining.com
**Subject:** Re: BTC Transfer Request

Kurt.  Test transfer of 0.0001 BTC was just confirmed on the blockchain. Please confirm receipt.  If all is in order, I'll send the remainder of your request.

On Wed, 24 Aug 2022 at 20:01, Patricia Trompeter <Patricia.Trompeter@sphere3d.com> wrote:
OK.  I understand.  Then go ahead and do the test. It shouldn't take a day.   At least not in my experience but we can get Mike on a conf call if you want.    Please send us the screen print tomorrow morning when you send it.

Rob – are you attending Goldman's Crypto conference and or Salt this month?  If so – I will see you there.  You should choose the panel I am on.  It would be good.

Thanks

P

Thanks.

*Patricia Trompeter*

Chief Executive Officer
203.524-6524



**From:** Rob Chang <rob@gryphonmining.com>
**Date:** Wednesday, August 24, 2022 at 7:44 PM
**To:** Patricia Trompeter <Patricia.Trompeter@sphere3d.com>
**Cc:** Dan Tolhurst <dan@gryphonmining.com>, Kurt Kalbfleisch <Kurt.Kalbfleisch@sphere3d.com>, brian@gryphonmining.com <brian@gryphonmining.com>
**Subject:** Re: BTC Transfer Request

To be clear. The test is a standard practice whenever new addresses are used to transfer btc. Since there are no ways to recover btc that is sent to the wrong address, it is standard protocol to always do a test transaction to make absolute sure there are no errors.

Rob Chang
CEO & Director
(416) 500-5675
Rob@GryphonMining.com
GryphonDigitalMining.com
Twitter: @GryphonMining

> On Aug 24, 2022, at 6:42 PM, Patricia Trompeter <Patricia.Trompeter@sphere3d.com> wrote:
>
> Go ahead and add the address.  It's been tested so no need to test.
>
> I authorize you to send it
>
> ***Patricia Trompeter***
> Chief Executive Officer
> 203.524-6524



**From:** Rob Chang <rob@gryphonmining.com>
**Date:** Wednesday, August 24, 2022 at 1:39 PM
**To:** Dan Tolhurst <dan@gryphonmining.com>
**Cc:** Kurt Kalbfleisch <Kurt.Kalbfleisch@sphere3d.com>, Patricia Trompeter <Patricia.Trompeter@sphere3d.com>, brian@gryphonmining.com <brian@gryphonmining.com>
**Subject:** Re: BTC Transfer Request

Request received.  To execute this,  I will first need to add the destination address, which will require a verification process with Bitgo that may take a day.  Once that is complete, I'll send a small amount for us to verify that it has been set up correctly. Once that is done we can transfer the remaining amount.  I'll start the process now.

On Wed, 24 Aug 2022 at 13:31, Dan Tolhurst <dan@gryphonmining.com> wrote:
> Thanks Kurt. Please include Rob, Brian, and I on such requests.
>
> @Rob will handle the transfer from our end.
>
>
> On Wed, 24 Aug 2022 at 8:29 pm, Kurt Kalbfleisch <Kurt.Kalbfleisch@sphere3d.com> wrote:
>> Dan/Brian,
>>
>> I was not sure which of you should receive this request, so I am sending it to both of you.  We would like you to transfer **70 BTC** from our "Sphere Mined Coins" wallet to the following address: **3LEzBSVLArXGAg3vpWSAJ3VQ9KCu9HCVAW**
>>
>> Let me know for future requests who should receive.
>>
>> Thanks,
>> Kurt
>>
>> **Kurt Kalbfleisch**
>> **Senior Vice President and CFO**
>> 4542 Ruffner Street Suite 250, San Diego, CA 92111 USA
>>   m 858.775.6801
>> kurt.kalbfleisch@sphere3d.com
>>
>> --
>> Dan Tolhurst
>> Co-Founder/President

+44(74)6214-1860
dan@gryphonmining.com

--
Rob Chang
CEO & Director
(416) 500-5675
Rob@gryphonmining.com
GryphonDigitalMining.com
Twitter: @GryphonMining

--
Rob Chang
CEO & Director
(416) 500-5675
Rob@gryphonmining.com
GryphonDigitalMining.com
Twitter: @GryphonMining