# Exhibit L

| | |
|---|---|
| **From:** | Kurt Kalbfleisch[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=8664325D6B834E5ABD2B6E50417D0A23-KURT KALBFL] |
| **Sent:** | Tue 8/22/2023 11:08:02 PM (UTC) |
| **To:** | Rob Chang[rob@gryphonmining.com] |
| **Cc:** | Patricia Trompeter[Patricia.Trompeter@sphere3d.com]; Sim Salzman[sim@gryphonmining.com]; dan@gryphonmining.com[dan@gryphonmining.com] |
| **Subject:** | Double BTC Sale and Payment |
| **Attachment:** | Copy of Sphere Payment Tracker - Duplicate MSA Fee USBTC April.xlsx |

Rob,

In reviewing your payment tracker it appears you have paid yourself 2X for the April MSA fees related to USBTC.  You sold BTC and paid Gryphon MSA fees in the amount of $ $62,184.03 on May 26th and then when you corrected the calculation to $59,932.23 it looks like you took that full amount again.  I do not see where you have credited us back for the original $62,184.03.  If I am missing this credit please point out that adjustment in your file,  if not please correct the double payment and credit the original $62,184.03 back to Sphere.

Please provide an up to date payment tracker as well.

Thanks
Kurt

**Kurt Kalbfleisch**
**Senior Vice President and CFO**
**Sphere 3D**
858.775.6801
kurt.kalbfleisch@sphere3d.com