# Exhibit M

# Short Message Report

| Conversations: 1 | Participants: 4 |
|---|---|
| Total Messages: 11 | Date Range: 8/24/2021 |

## Outline of Conversations

 **Pete-Dan-Rob** • 11 messages on 8/24/2021 • Dan Tolhurst <447462141860@s.whatsapp.net> • Peter <14169391937@s.whatsapp.net> • Rob Chang <14165005675@s.whatsapp.net>

**Messages in chronological order** (times are shown in GMT +00:00)

### 💬 Pete-Dan-Rob

**Rob Chang <14165005675@s.whatsapp.net>** — 8/24/2021, 4:13 PM
As an FYI to everyone looking. If we are receiving 1,000 machines per month, the power needs are 3 MW per month

**Peter <14169391937@s.whatsapp.net>** — 8/24/2021, 4:14 PM
Ok

**Rob Chang <14165005675@s.whatsapp.net>** — 8/24/2021, 7:03 PM
Pete. Heads up. We are having good traction with Core Scientific to gives us a good amount of space beginning Q1. Will keep you informed.

**Dan Tolhurst <447462141860@s.whatsapp.net>** — 8/24/2021, 7:04 PM
they say they can take both the 10K units and the 60K units, all zero carbon w/o recs in 2022

**Rob Chang <14165005675@s.whatsapp.net>** — 8/24/2021, 7:04 PM
And maybe the 220,000

**Peter <14169391937@s.whatsapp.net>** — 8/24/2021, 7:13 PM
That's incredible. If I can get a commit, we can trigger the larger equipment financing at 9%

**Rob Chang <14165005675@s.whatsapp.net>** — 8/24/2021, 7:13 PM
That's the plan.

**Dan Tolhurst <447462141860@s.whatsapp.net>** — 8/24/2021, 7:13 PM
we'll likely need to make a sizeable deposit. will send through details as soon as we receive them

**Peter <14169391937@s.whatsapp.net>** — 8/24/2021, 7:14 PM
That's easy to raise I would think as it puts the final piece to the puzzle.

**Dan Tolhurst <447462141860@s.whatsapp.net>** — 8/24/2021, 7:15 PM
agreed. just flagging it ahead of time for visibility

**Peter <14169391937@s.whatsapp.net>** — 8/24/2021, 7:15 PM
Thank you. Very exciting.