UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SPHERE 3D CORP.,

*Plaintiff-Counter-Defendant,*

-against-

GRYPHON DIGITAL MINING, INC.

*Defendant-Counter-Plaintiff.*

Case No. 1:23-cv-02954

**UNOPPOSED MOTION FOR ADMISSION OF DAVID MOOSMANN PRO HAC VICE**

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, David Moosmann, hereby move this Court for an Order for admission Pro Hac Vice to appear as counsel for Sphere 3D Corp. in the above-captioned action. Defendant Gryphon Digital Mining, Inc. does not oppose this motion.

I am a member in good standing of the bar of the state of Texas and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit and certificate of good standing required by Local Rule 1.3.

Dated: August 22, 2024

Respectfully Submitted,

David Moosmann
**DNF LLP**
31 East 62nd Street
New York, New York 10065
Telephone: (212) 717-2900
Facsimile: (212) 717-8088
Email: dmoosmann@dnfllp.com

*Attorneys for Plaintiff*