UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SPHERE 3D CORP.,

            *Plaintiff-Counter-Defendant,*

  -against-

GRYPHON DIGITAL MINING, INC.

            *Defendant-Counter-Plaintiff.*

Case No. 1:23-cv-02954

**[PROPOSED] ORDER FOR ADMISSION PRO HAC VICE**

The motion of David Moosmann for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the state of Texas and that his contact information is as follows:

    Applicant's Name:  David Moosmann

    Firm Name: DNF LLP

    Address: 31 East 62nd Street

    City/State/Zip: New York, New York 10065

Applicant having requested admission Pro Hac Vice for all purposes as counsel for Sphere 3D Corp. in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____                        _____

                                                                     Honorable Valerie Figueredo