UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SPHERE 3D CORP.,

          *Plaintiff-Counter-Defendant,*

-against-

GRYPHON DIGITAL MINING, INC.

          *Defendant-Counter-Plaintiff.*

Case No. 1:23-cv-02954

**AFFIDAVIT OF DAVID MOOSMANN IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE**

State of New York  )
                       ) ss:
County of New York  )

David Moosmann, being duly sworn, deposes and says as follows:

1. I am an associate of Dontzin Nagy & Fleissig LLP, counsel for Plaintiff Sphere 3D Corp. ("Sphere") in the above-entitled action.

2. I make this affidavit pursuant to Local Rule 1.3(c) and in support of Plaintiff's Motion For Admission Of David Moosmann Pro Hac Vice.

3. I have never been convicted of a felony; have never been censured, suspended, disbarred or denied admission or readmission by any court; and there are no disciplinary proceedings pending against me.

4. I affirm, under penalty of perjury, that the foregoing statements are true and correct to the best of my personal knowledge.

Dated: New York, New York
      August 21, 2024         Respectfully Submitted,

                                        David Moosmann
                                        **DNF LLP**
                                        31 East 62nd Street
                                        New York, New York 10065
                                        Telephone:  (212) 717-2900
                                        Facsimile: (212) 717-8088
                                        Email: dmoosmann@dnfllp.com

                                        *Attorneys for Plaintiff*

**General All-Purpose Acknowledgement Form**

State of __Texas__

County of __Harris__

On the __21st__ day of __August__ in the year __2024__ before me, the undersigned notary public, personally appeared __DAVID MOOSMANN_____,

personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument.

_____ Notary Public



Ashley Spencer
Notary Public, State of Texas
Comm. Expires  09-14-2026
Notary ID      131722901

Notarized Online with NotaryLive.com