UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

SPHERE 3D CORP.,

                     Plaintiff,                   **23-cv-2954 (PKC) (VF)**

    -against-                          **ORDER SCHEDULING
TELEPHONIC CONFERENCE**

GRYPHON DIGITAL MINING, INC.,

                     Defendant.
-------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      A conference in this matter to address the dispute raised at ECF No. 109 is hereby scheduled for **Thursday, February 27, 2025 at 10:00 a.m.** Counsel for the parties are directed to call Judge Figueredo's Teams conference line at the scheduled time. **Please dial (646) 453-4442; access code [222 831 719 37#]**. Defendant Gryphon Digital Mining, Inc. is directed to file a response to Plaintiffs' letter at ECF No. 109 on or before **Friday, February 21, 2025**.

      The Clerk of Court is respectfully directed to terminate the motion at ECF No. 109.

      SO ORDERED.

DATED:    New York, New York
              November 22, 2024

                                                                         _____
                                                                       VALERIE FIGUEREDO
                                                                       United States Magistrate Judge